# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | )| |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF SEVEN UNITED STATES POSTAL SERVICE PARCELS FURTHER DESCRIBED IN ATTACHMENT A | ) ) ) ) ) ) | Case No.   25- 1125 (M) |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____ District of Puerto Rico
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   December 25, 2025
                                                                                        *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.    ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty                                   .
                                       *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*    ☐ for _____ days *(not to exceed 30)*.
                                                                        ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   December 11, 2025 at 10:52 a.m.              /s/ Hector L. Ramos
                                                                                                                   Judge's signature

City and state:        San Juan, PR                                Hon. Hector Ramos Vega, U.S. Magistrate Judge
                                                                                                    *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| **Return** ||| 
|---|---|---|
| Case No.: <br> 25-1125 (M) | Date and time warrant executed: <br> 12/12/2025 9:00 am | Copy of warrant and inventory left with: <br> USPIS San Juan Field Office |
| Inventory made in the presence of : <br> A. Oneill/ F. Arce-Morales/ J. Hernandez |||
| Inventory of the property taken and name of any person(s) seized: <br><br> USPS parcels and following contents: <br><br> • 9505 5103 3593 5343 9590 91: 3,135 grams of cocaine. <br> • 9505 5104 1567 5343 2993 26: 1,320 grams of cocaine. <br> • 9505 5104 0289 5343 1546 54: 3,300 grams of cocaine. <br> • 9505 5114 5153 5343 2847 48: 2,090 grams of cocaine. <br> • 9505 5106 8786 5343 9084 19: 1,045 grams of cocaine. <br> • 9505 5106 9021 5344 8097 29: 1,030 grams of cocaine. <br> • 9505 5103 5821 5344 7372 96: 2,095 grams of cocaine. |||

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  12/12/2025

*Executing officer's signature*

Fabian Arce-Morales U.S. Postal Inspector
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From:<br><br>Name and Address | To:<br><br>Name and Address |
|---|---|---|---|
| 3-A | (P) 9505 5103 3593 5343 9590 91 | WiLBER COLON<br>URB Los Pinos<br>A28 CLL TEJAS<br>HUMACAO, 00791, PR | ESTEFANY RODRIGUEZ<br>176 FAIRMOUNT ST<br>DORCHESTER CENTER, MA 02124 |



1

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 3-B | (P) 9505 5104 1567 5343 2993 26 | Matias Hernandez<br>277 Calle Igualdad<br>San Juan, PR 00912 | Kevin Norcross<br>6 Elizabeth St #1R<br>Worcester MA 01605 |



| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From:<br><br>Name and Address | To:<br><br>Name and Address |
|---|---|---|---|
| 3-C | (P) 9505 5104 0289 5343 1546 54 | Edgar Costigan<br>609 C. Julio J. Gonzalez Calzada, San Juan, PR 00924 | Rebecca Costigan<br>153 Roy Street<br>Springfield, MA, 01104 |



3

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From:<br><br>Name and Address | To:<br><br>Name and Address |
|---|---|---|---|
| 3-D | (P) 9505 5114 5153 5343 2847 48 | Karla Ramos<br>Urb. La Monserrate<br>Calle 6# D-28<br>Hormigueros PR 00660 | Pablo F. Viera<br>740 Central St.<br>Unit #F1<br>Leominster MA 01453 |



4

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From:<br><br>Name and Address | To:<br><br>Name and Address |
|---|---|---|---|
| 3-E | (P) 9505 5106 8786 5343 9084 19 | Cristian Jorge<br>Urb. Jard. Del Caribe<br>C/58 5413<br>Ponce P.R. 00728 | Samuel Rivera<br>37 Kenway Dr.<br>Springfield MA 01104 |



| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From:<br><br>Name and Address | To:<br><br>Name and Address |
|---|---|---|---|
| 3-F | (P) 9505 5106 9021 5344 8097 29 | Felix Molina<br>1954 Calle España<br>San Juan P.R. 00911 | Armando Santos<br>15 Suffield St #2<br>Worcester MA. 01610 |



| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From:<br><br>Name and Address | To:<br><br>Name and Address |
|---|---|---|---|
| 3-G | (P) 9505 5103 5821 5344 7372 96 | Paola Ortiz<br>HC-02 Box 5006<br>Ciales PR. 00638 | Xadiel Sanabria<br>23 Granite St, Apt 3<br>Fitchburg MA 01420 |



7

## ATTACHMENT B
### Particular Things to be Seized

All records and items in the Subject Parcels described in Attachment A that relate to violations of: (1) Possession with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 841(a)(1); (2) Conspiracy to Possess with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 846; and (3) Transportation of a Controlled Dangerous Substance via the United States Mail in violation of 21 U.S.C. § 843(b) ("the Subject Offense"), including but not limited to:

a. controlled substances;

b. paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, funnels, sifters, grinders, glass panes and mirrors, razor blades, plastic bags, microwave ovens, heat-sealing devices, and diluents;

c. Any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

d. United States Currency; and

e. Indicia of possession, custody, or control, including any information related to the use of false or fraudulent identities.